**Order entered August 11, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00490-CV

## W. DAVID HOLLIDAY, Appellant

## V.

## GREG WEAVER, ET AL., Appellees

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-07-07953-C**

## ORDER

We **GRANT** appellant's August 6, 2015 unopposed motion for an extension of time to file a reply brief.  Appellant shall file a reply brief by **AUGUST 20, 2015**.

/s/    ELIZABETH LANG-MIERS
JUSTICE